# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

CHICAGO TITLE INSURANCE COMPANY                                    PLAINTIFF

v.                              NO. 4:07CV00554 JLH

ARKANSAS RIVERVIEW DEVELOPMENT, LLC                                DEFENDANT

## ORDER

Arkansas Riverview Development has filed a motion to vacate the order of dismissal and asking the Court to maintain jurisdiction for an additional seven days up to and including Friday, March 26, 2010, so that the settlement agreement can be consummated. The motion is GRANTED IN PART and DENIED IN PART. Document #127. The Court declines to vacate the order of dismissal. The Court will extend the time within which it will maintain jurisdiction to enforce the settlement agreement up to and including the March 29, 2010.

IT IS SO ORDERED this 19th day of March, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE